HUSTEEL COMPANY, LTD. AND SEAH CORP., LTD, Plaintiffs, v. UNITED STATES, Defendant, and IPSCO TUBULARS, INC., LONE STAR STEEL CO. INC., AND MAVERICK TUBE CORP., Defendant–Intervenors.

Court No. 06–00075

Dated: November 21, 2008

*Troutman Sanders LLP* (*Donald B. Cameron, Julie C. Mendoza, Jeffrey S. Grimson, R. Will Planert, Brady W. Mills,* and *Mary S. Hodgins*) for Plaintiffs.

*Gregory G. Katsas,* Assistant Attorney General; *Jeanne E. Davidson,* Director, Commercial Litigation Branch, Civil Division, United States Department of Justice (*David D'Alessandris*), and *David W. Richardson,* of counsel, Office of Chief Counsel for Import Administration, United States Department of Commerce, for Defendant.

*Schagrin Associates* (*Roger B. Schagrin* and *Michael J. Brown*) for Defendant–Intervenors.

## MEMORANDUM AND ORDER

CARMAN, Judge: Upon consideration of Department of Commerce's ("Commerce") Second Remand Results, the comments submitted by Plaintiffs pointing to an error in Commerce's calculation of Korean inventory carrying costs, and comments submitted by Defendant acknowledging said error and requesting .a remand to make corrections of said error, it is hereby

**ORDERED** that the Second Remand Results are sustained, with the exception of the calculation of certain Korean inventory carrying costs; and it is further

**ORDERED** that this case is remanded to the Department of Commerce for the limited purpose of correcting its calculation of certain Korean inventory carrying costs; and it is further

·**ORDERED** that Defendant shall file with this Court the Third Remand Results no later than **December 5, 2008.**